UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RODERICK LEE DANGERFIELD | CIVIL ACTION |
| VERSUS | NUMBER: 05-0650 |
| LARRY DYSON, <u>ET</u> <u>AL</u>. | SECTION "N" (5) |

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, and the Magistrate Judge's Report and Recommendation filed on February 26, 2008, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

The Court notes that, on March 3, 2008, plaintiff did not file an objection but rather requested more time to prepare his objections, claiming he did not have access to "the law library, law books, telephone, and cannot make any copies of my legal papers."  The Court's review of the Report and Recommendation, however, reveals no error in the statements of law contained therein. Moreover, although plaintiff seeks more time, he has not set forth any issue, factual or legal, to which he objects and for which he would like to conduct legal research or correct a factual error. Finding statements of law contained in the Report and Recommendation to be uncontroversial and well-settled, and finding the Report and Recommendation to be well supported factually, the Court declines to afford plaintiff additional time to raise an objection which is not specified in the document filed with this Court on March 3, 2008.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is **DISMISSED** for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 14th day of March, 2008.

**KURT D. ENGELHARDT**
**United States District Judge**